Bruce J. Hagel CSB 63531
Elizabeth L. Gade CSB 161495
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA 95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE TAYLOR<br><br>    Plaintiff,<br><br>vs.<br><br>JO ANNE BARNHART,<br><br>    Defendant | CASE NO. 2:06 CV-01484 GGH<br><br>STIPULATION AND (PROPOSED) ORDER DISMISSING FEDERAL COURT ACTION |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, that the above-captioned case is dismissed under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each side to bear its own costs.

The parties further stipulate that counsel for Defendant will provide a facsimile of this stipulation bearing counsel's signature for retention in Plaintiff's case file, and hereby authorizes counsel for Plaintiff to file this document in .pdf format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: December 12, 2006

OLSON, HAGEL & FISHBURN, LLP

/s/ Elizabeth L. Gade
ELIZABETH L. GADE, ESQ.
Attorneys for Plaintiff

DATED: December 12, 2006

McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya
Bobbie J. Montoya
Assistant U.S. Attorney
Attorneys for Defendant

ORDER

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g). Pending before the Court is plaintiff's stipulated motion for dismissal of Federal Court No. 2:06-CV-01484-GGH.

Plaintiff now seeks to file a stipulation to dismiss said action. Defendant does not oppose the request. Good cause appearing therefore, the request will be granted.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a dismissal of Case No. 2:06-CV-01484-GGH is granted; and
2. Each side shall bear their own costs.

DATED: December 13, 2006

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE